# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 393 | **DATE** | February 12, 2013 |
| **CASE TITLE** | Juan Garcia (R-28503) v. Wexford Health Sources, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed *in forma pauperis* [3] is granted. The trust fund officer at his place of confinement is authorized to deduct $18.90 from Plaintiff's trust fund account as an initial partial filing fee and to continue making monthly deductions from the account in accordance with this order. The clerk shall mail a copy of this order to the trust fund officer at the Stateville Correctional Center. Plaintiff's motion for appointment of counsel [4] is granted. The court appoints Laurie D. Jaffe, Albert, Whitehead, P.C., 10 North Dearborn St., Suite 600, Chicago, IL 60602, (312) 357-6300, to represent Plaintiff in accordance with counsel's trial bar obligation under Local Rule 83.11(g) (N.D. Ill.). Within 60 days of the date of this order, counsel should communicate with Plaintiff (who indicates that he speaks little English), enter an appearance on his behalf, and either notify the Court that counsel intends to proceed with the complaint or file a second amended complaint, if such a complaint comports with counsel's obligations under Fed. R. Civ. P. 11.

■[ For further details see text below.]

Docketing to mail notices.

# STATEMENT

Plaintiff, Juan Garcia, an Illinois prisoner incarcerated at Stateville Correctional Center, has filed a 42 U.S.C. § 1983 complaint against Wexford Health Sources, Dr. Ghosh, Dr. Carter, Dr. Obaisi, Royce Brown-Reed, Cynthia Garcia, Marcus Hardy, Daryl Edwards, Latonya Williams, Dr. Shute, Dr. Funk, and Officer Butkiewicz. Plaintiff alleges that he has had severe stomach pains for several years, that he has had only a few tests to determine its cause, and that visits to the prison's medical department and treatment have been infrequent and inadequate. Plaintiff seeks to file his complaint *in forma pauperis* ("IFP") and the appointment of counsel.

The court grants his IFP motion and assesses an initial filing fee of $18.90. The trust fund officer at Plaintiff's place of incarceration is directed to collect the initial partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After the initial partial filing fee, Plaintiff's trust fund officer is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number of this action. This payment obligation will follow Plaintiff in the event he is transferred.

The court has conducted a preliminary review of the complaint pursuant to 28 U.S.C. § 1915A. Plaintiff has stated colorable claims against the Defendants. *Arnett v. Webster*, 658 F.3d 742, 753 (7th Cir. 2011) (delay in treating a painful condition, even a non life-threatening one, may constitute deliberate indifference if the delay exacerbated the injury or unnecessarily prolonged an inmate's pain).

Summonses, however, shall not issue for service of the complaint. The court grants Plaintiff's motion for

| STATEMENT |
|---|
| the appointment of counsel and appoints Laurie D. Jaffe, Albert, Whitehead, P.C., 10 North Dearborn Street, Suite 600, Chicago, IL 60602, (312) 357-6300, to represent Plaintiff in accordance with counsel's trial bar obligations under Local Rules 83.11(g) and 83.37 (N.D. Ill.). Within 60 days of the date of this order, counsel should communicate with Plaintiff, enter an appearance on his behalf, and either notify the court that counsel intends to proceed with the complaint or file an amended complaint. |